*COUNSEL FOR PLAINTIFFS AND PROPOSED CLASS
LISTED ON NEXT PAGE*

MALCOLM A. HEINICKE (State Bar No. 194174)
TREVOR D. DRYER (State Bar No. 247826)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
E-mail: Malcolm.Heinicke@mto.com

Attorneys for Defendants
WACHOVIA CORP. ET AL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRIDER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA CORPORATION, a corporation, WACHOVIA MORTGAGE CORPORATION, a corporation, WACHOVIA COMMERCIAL MORTGAGE, INC., a corporation, WACHOVIA FINANCIAL SERVICES, INC., WACHOVIA MORTGAGE, FSB, and entity form unknown, WACHOVIA, an entity form unknown, and, DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO. CV 08-04288-EMC<br><br>**STIPULATION AND PROPOSED ORDER RE: CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>**The Honorable Edward M. Chen**<br><br>Date: December 17, 2008<br>Time: 1:30 p.m.<br>Courtroom: C, 15h Floor<br><br>Proposed Date: March 18, 2009 |

6487262.1

STIPULATION AND PROPOSED ORDER,
CASE NO. 08-04288-EMC

| | |
|---|---|
| 1 | PETER M. HART (SBN 198691) |
| | LAW OFFICES OF PETER M. HART |
| 2 | 13952 Bora Bora Way, F-320 |
| | Marina Del Rey, CA 90292 |
| 3 | Telephone: (310) 478-5789 |
| | Facsimile: (509) 561-6441 |
| 4 | Email: hartpeter@msn.com |
| 5 | LARRY W. LEE (SBN 228175) |
| | DIVERSITY LAW GROUP |
| 6 | 444 S. Flower Street, Suite 1370 |
| | Los Angeles, CA 90071 |
| 7 | Telephone: (213) 488-6555 |
| | Facsimile: (213) 488-6554 |
| 8 | |
| 9 | KENNETH H. YOON (SBN 198443) |
| | LAW OFFICES OF KENNETH H. YOON |
| 10 | One Wilshire Boulevard, Suite 2200 |
| | Los Angeles, CA 90017 |
| 11 | Telephone: (213) 612-0988 |
| | Facsimile: (213) 947-1211 |
| 12 | kyoon@yoon-law.com |
| 13 | Attorneys for Plaintiff ROBERT CRIDER and those similarly situated |
| 14 | |
| 15 | // |
| | // |

1  WHEREAS, Plaintiff Robert Crider ("Plaintiff") brings this putative wage and
2  hour class and collective action against Defendant Wachovia Mortgage, FSB ("Defendant") and
3  other affiliated entities (Plaintiff and Defendant shall hereinafter be referred to as the "parties");
4  WHEREAS, the parties exchanged substantial information on the proposed class
5  and then following further discussions, mediated the case in front of David A. Rotman, Esq. on
6  October 7, 2008, and through this mediation, they reached a settlement agreement which the
7  parties will shortly be presenting to the Court for preliminary approval;
8  WHEREAS, the settlement reached by the parties will also address and result in
9  the dismissal of *Sones v. World Mortgage Co. et al.*, No. 08-04811-CRB, which is currently
10  pending before the Honorable Charles Breyer of this Court;
11  WHEREAS, in light of this settlement and the parties' plan to present this
12  settlement for preliminary approval, they respectfully submit that a continuance of the Initial
13  Case Management Conference and the associated deadlines for ninety (90) days would conserve
14  judicial resources and avoid unnecessary expense to the parties;
15  WHEREAS, the parties respectfully request that the Court re-schedule the case-
16  management conference for a date on or after Wednesday, March 18, 2009 and continue the
17  associated case management deadlines;
18  WHEREAS, the parties have executed a term sheet outlining the terms of the
19  settlement;
20  WHEREAS, the parties plan to file their motion for preliminary approval of the
21  class settlement on or before January 9, 2008;
22  WHEREAS, the parties plan to file consents to proceed before the Honorable
23  Edward M. Chen for all purposes in this matter;
24  IT IS HEREBY STIPULATED by the parties, through their counsel of record,
25  that the Initial Case Management Conference in this matter is continued to March 18, 2009 at
26  1:30 p.m., and the associated dates are continued accordingly such that they shall precede the re-
27  scheduled Case Management Conference.
28

6487262.1 - 1 - STIPULATION AND PROPOSED ORDER, CASE NO. 08-04288-EMC

| | | |
|---|---|---|
| 1 | DATED: November 26, 2008 | DIVERSITY LAW GROUP |
| 2 | | |
| 3 | | By: */s/   Larry W. Lee*<br>        LARRY W. LEE |
| 4 | | Attorneys for Plaintiff Robert Crider |
| 5 | DATED: November 26, 2008 | MUNGER, TOLLES & OLSON LLP |
| 6 | | |
| 7 | | By: /s/      *Malcolm A. Heinicke*<br>        MALCOLM A. HEINICKE |
| 8 | | Attorneys for Defendant World Savings, Inc. |

I, Malcolm A. Heinicke, attest that I have obtained concurrence from Larry W. Lee in the filing of this Stipulation And [Proposed] Order Re: Continuance of Initial Case Management Conference and Related Deadlines.  *See* N.D. Cal. General Order 45 § 10(B).

**GOOD CAUSE APPEARING AND PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Initial Case Management Conference is continued to March 18, 2009 at 1:30 p.m., ~~or to _____, 2009; and~~  Joint CMC Statement due March 11, 2009.

The deadlines associated with the Initial Case Management Conference will track the continued date.

Date: December 10, 2008

_____
Hon. Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6487262.1

- 2 -

STIPULATION AND PROPOSED ORDER, CASE NO. 08-04288-EMC