**LAW OFFICES OF PETER M. HART**
Peter M. Hart (SBN 198691)
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
Email: hartpeter@msn.com

**DIVERSITY LAW GROUP**
Larry W. Lee (SBN 228175)
444 S. Flower Street, Suite 1370
Los Angeles, CA 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554

**LAW OFFICES OF KENNETH H. YOON**
Kenneth H. Yoon (SBN 198443)
One Wilshire Boulevard, Suite 2200
Los Angeles, CA 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211
Emal: kyoon@yoon-law.com

Attorneys for Plaintiff ROBERT CRIDER and proposed Settlement Class

*ADDITIONAL COUNSEL LISTED ON SECOND PAGE*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CRIDER, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA CORPORATION, a corporation, WACHOVIA MORTGAGE CORPORATION, a corporation, WACHOVIA COMMERCIAL MORTGAGE, INC., a corporation, WACHOVIA FINANCIAL SERVICES, INC., WACHOVIA MORTGAGE, FSB an entity form unknown, WACHOVIA, an entity form unknown, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE No. 3:08-cv-04288-EMC<br><br>**NOTICE OF REQUEST FOR TELEPHONIC APPEARANCE** ; ORDER<br><br>Hearing Date: February 18, 2009<br>Hearing Time: 10:30 a.m.<br>Courtroom: C, 15th Flr<br><br>Action Filed: April 25, 2008 |

**BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
aj@bamlawlj.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**UNITED EMPLOYEES LAW GROUP**
  Walter Haines, Esq. (CSB #71075)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff JOHN SONES and proposed Settlement Class
(Plaintiff in similar action to be dismissed as part of this settlement)

**TO THE COURT AND ALL INTERESTED PARTIES**:

Plaintiff John Sones respectfully requests leave from the Court to appear telephonically for the hearing on the Plaintiffs' Motion for Preliminary Approval of Class Settlement. This motion is currently scheduled to be heard on February 18, 2009 at 10:30 a.m. in Courtroom C, 15th Floor, of this Court, The Honorable Edward M. Chen Presiding.

Plaintiff John Sones, the Plaintiff in the related case of <u>Sones v. World Mortgage Company, et al.</u>, Case No. 3:08-cv-04811-CRB, had joined with Plaintiff Robert Crider in filing the Motion for Preliminary Approval.

At the upcoming hearing, both Plaintiffs will be adequately represented by counsel for Plaintiff Crider, who will be appearing in person on behalf of both Plaintiff Sones and Plaintiff Crider, as well as the proposed class as our interests are aligned.

Therefore, there being no prejudice, counsel for Plaintiff John Sones, in an effort not to incur the cost of travel from San Diego, California to San Francisco, California respectfully requests leave from the Court to appear telephonically for the hearing.

Respectfully submitted,

Dated: February 3, 2009          BLUMENTHAL, NORDREHAUG & BHOWMIK

                                 By:   */s/ Aparajit Bhowmik*
                                 Class Counsel and Counsel to Plaintiff John Sones

IT IS SO ORDERED that court will initiate conference call to counsel Norman Blumenthal on 2/18/09 at 10:30 a.m.

_____
Edward M. Chen
U.S. Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

NOTICE OF REQUEST FOR TELEPHONIC APPEARANCE
1

3:08-cv-04288-EMC

**CERTIFICATE OF SERVICE [F.R.C.P. §5]**

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On February 4, 2009, I served the document(s) described as below in the manner set forth below:

(1)     **NOTICE OF REQUEST FOR TELEPHONIC APPEARANCE**

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Northern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

**_XX_** (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 4, 2009 at San Diego, California.

By:     *s/Aparajit Bhowmik*
          Aparajit Bhowmik

G:\D\NBB\Sones v. World\p-telephonic request.wpd