1  MALCOLM A. HEINICKE (State Bar No. 194174)
   MUNGER, TOLLES & OLSON LLP
2  560 Mission Street, 27th Floor
   San Francisco, California 94105-2907
3  Tel: (415) 512-4000; Facsimile: (415) 512-4077
   Email: Malcolm.Heinicke@mto.com
4
   Attorneys for Defendants WACHOVIA CORPORATION,
5  WACHOVIA MORTGAGE CORPORATION, WACHOVIA
   COMMERCIAL MORTGAGE, INC., WACHOVIA FINANCIAL
6  SERVICES, INC. and WACHOVIA MORTGAGE, FSB

7  *PLAINTIFFS' COUNSEL LISTED ON SECOND PAGE*

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  ROBERT CRIDER, on behalf of himself and others similarly situated, | CASE NO. C 08-4288 EMC |
| 13 | **THIRD STIPULATION RE: AMENDMENT OF THE STIPULATION REGARDING SETTLEMENT OF CLASS AND COLLECTIVE ACTIONS** ; ORDER |
| 14  Plaintiff, | |
| 15  vs. | [NO COURT ACTION REQUIRED] |
| 16  WACHOVIA CORPORATION, a corporation, WACHOVIA MORTGAGE CORPORATION, a corporation, WACHOVIA COMMERCIAL MORTGAGE, INC., a corporation, WACHOVIA FINANCIAL SERVICES, INC., WACHOVIA MORTGAGE, FSB an entity form unknown, WACHOVIA, an entity form unknown, and DOES 1 through 50, inclusive, | |
| 21  Defendants. | |
| 22 | **Other Case Affected by Settlement**: *Sones v. World Mortgage Company, et al.*, Case No. 3:08-cv-04811-CRB |

7992677.1

STIPULATION RE: AMENDMENT OF STIPULATION; (CASE NO. 08-4288 EMC)

PETER M. HART (SBN 198691)
LAW OFFICES OF PETER M. HART
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
Email: hartpeter@msn.com

LARRY W. LEE (SBN 228175)
DIVERSITY LAW GROUP
444 S. Flower Street, Suite 1370
Los Angeles, CA 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554

KENNETH H. YOON (SBN 198443)
LAW OFFICES OF KENNETH H. YOON
One Wilshire Boulevard, Suite 2200
Los Angeles, CA 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211
kyoon@yoon-law.com

Attorneys for Plaintiff ROBERT CRIDER and proposed
Settlement Class

NORMAN B. BLUMENTHAL (SBN 068687)
KYLE R. NORDREHAUG (SBN 205975)
APARAJIT BHOWMIK (SBN 248066)
BLUMENTHAL & NORDREHAUG
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1047
Facsimile: (858) 551-1232

WALTER HAINES (SBN 71705)
UNITED EMPLOYEES LAW GROUP
65 Pine Ave, #312
Long Beach, CA 90802
Phone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff JOHN SONES and
proposed Settlement Class
(Plaintiff in similar action to be dismissed as part of this settlement)

7992677.1

STIPULATION RE: AMENDMENT OF STIPULATION; (CASE NO. 08-4288 EMC)

|   |   |
|---|---|
| 1 | WHEREAS, Plaintiffs Robert Crider and John Sones have filed the above- |
| 2 | captioned and above-referenced putative class actions against Defendants alleging various |
| 3 | employment claims, including the alleged failure to properly classify employees, the alleged |
| 4 | failure to reimburse business expenses and the alleged failure to provide proper reduction in force |
| 5 | notices; |
| 6 | WHEREAS, the parties (through counsel for all parties) have conducted a |
| 7 | mediation session and have reached a settlement agreement, and the parties obtained from this |
| 8 | Court preliminary approval of that settlement and associated authority to send notices to the |
| 9 | proposed class; |
| 10 | WHEREAS, Paragraph 2.11.6 of the Stipulation Re: Settlement Of Class Action |
| 11 | provides that the Settling Parties agree that the Notice Response Deadline shall not be extended, |
| 12 | and no untimely submissions or claims will be honored, under any circumstances, unless, and |
| 13 | only unless, a Class Member can sufficiently demonstrate that his or her failure to respond to the |
| 14 | Class Notice was the product of the fact that he or she was legally incompetent during the notice |
| 15 | response period, including, for example, he or she was incarcerated or hospitalized or an active |
| 16 | military duty during the full notice response period; provided, however, no extensions will be |
| 17 | granted for incompetency unless first requested in writing to the Claims Administrator or Class |
| 18 | Counsel fewer than ninety (90) days following the Notice Response Deadline.  Per this |
| 19 | Paragraph, the Settling Parties also agreed that the establishment and enforcement of the Notice |
| 20 | Response Deadline is valuable consideration to Wachovia, and the finality provided thereby is a |
| 21 | material aspect of this agreement, and that any ruling to the contrary by the Court or any ruling |
| 22 | allowing the filing of any responses to the Class Notice following the Notice Response Deadline |
| 23 | shall be grounds for Wachovia to void the Stipulation Re: Settlement Of Class Action; |
| 24 | WHEREAS, Paragraph 2.11.20 of the Stipulation Re: Settlement Of Class Action |
| 25 | provides that in the event fewer than 20% of Class Members have submitted to the Claims |
| 26 | Administrator some form of written response to the Class Notice, *i.e.*, a change of address form, |
| 27 | an opt out form or a claim form, by the date that is five (5) days before the Notice Response |
| 28 | Deadline, then the Notice Response Deadline is to be extended ten (10) days, and the Claims |

1  Administrator shall send each Class Member who has yet to respond a postcard (a) referencing
2  the name of the Litigation; (b) stating that the Class Member previously received a notice in this
3  action; (c) providing an address for the Claims Administrator and stating that the Class Member
4  can write the Claims Administrator to receive an additional copy of the notice; and (d) stating the
5  revised Notice Response Deadline.
6        WHEREAS, the Claims Administrator has informed the Settling Parties that the
7  pre-condition of Paragraph 2.11.20 has been met, i.e., fewer than 20% of Class Members have
8  submitted to the Claims Administrator some form of written response to the Class Notice, *i.e.*, a
9  change of address form, an opt out form or a claim form, by the date that is five (5) days before
10 the initial (un-extended) Notice Response Deadline;
11       WHEREAS, Class Counsel have expressed concerns that there may have been
12 delays associated the receipt of Class Notices for some Class Members because of the delays
13 associated with address tracing and re-mailing and the fact that many notices were so traced and
14 re-mailed;
15       WHEREAS, counsel for the parties have met and conferred on these issues;
16       WHEREAS, Paragraphs 2.11.9 and 2.11.11 of the Stipulation Re: Settlement Of
17 Class Action authorize the parties, through counsel, to amend the settlement agreement, and
18 counsel signing below represent that they have express authority from their clients to enter this
19 stipulation;
20       WHEREAS, all parties favor and will support Court approval of the settlement as
21 amended herein;
22       WHEREAS, the parties through their counsel stipulate as follows:
23       IT IS HEREBY STIPULATED that the Claims Administrator will, no later than
24 June 15, 2009, send a post card to all non-responding Class Members (a) referencing the name of
25 the Litigation; (b) stating that the Class Member previously received a notice in this action; (c)
26 providing an address for the Claims Administrator and stating that the Class Member can write
27 the Claims Administrator to receive an additional copy of the notice; and (d) stating the revised
28

1  Notice Response Deadline as set forth below.  The postcard shall not contain additional
2  information or statements;
3     IT IS HEREBY ALSO STIPULATED that the Notice Response Deadline is
4  extended until July 1, 2009 for all Class Members, and Paragraph 1.25 is amended accordingly;
5     IT IS HEREBY ALSO STIPULATED that Paragraph 2.11.6 remains in full effect
6  for this revised Notice Response Deadline set forth above, and that this revised Notice Response
7  Deadline will not be extended except as provided in Paragraph 2.11.6;
8     IT IS HEREBY ALSO STIPULATED that Class Counsel, on behalf of the
9  Representative Plaintiffs, agree that this stipulation and its associated changes address the
10 concerns that they have raised concerning the notice and claims process in this action, and Class
11 Counsel agree not to seek or advocate any further changes to the Stipulation or notice and claims
12 process.

              Respectfully Submitted,

              DIVERSITY LAW GROUP

DATED:  June 10, 2009:     By:  _/s/ Larry Lee_____
              Larry Lee
              Class Counsel and Counsel to Plaintiff
              Robert Crider

              BLUMENTHAL & NORDERHAUG

DATED:  June 10, 2009:     By:  _/s/ Norman B. Blumenthal_
              NORMAN B. BLUMENTHAL
              Class Counsel and Counsel to Plaintiff
              John Sones

              MUNGER, TOLLES & OLSON LLP

DATED:  June 10, 2009:     By:  _/s/ Malcolm A. Heinicke_____
              MALCOLM A. HEINICKE
              Counsel for Defendants

   I, Malcolm A. Heinicke, attest that I have obtained concurrence from Larry Lee and Norman Blumenthal in the filing of this Stipulation Regarding Settlement of Class And Collective Actions.  See N.D. Cal. General Order 45 § 10(B).

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

7992677.1            - 3 -
           [PROPOSED] NOTICE TO CLASS MEMBERS